IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In Re: ELIZABETH J. PAWLAK, | : | |
| Debtor, | : | Case No. 95-13883-DK |
| ELIZABETH J. PAWLAK, | : | |
| Plaintiff, | : | |
| v. | : | Adversary No. 13-00650-WIL |
| PHEAA and United States Department of Education, | : | |
| | : | |
| Defendants. | : | |

PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Elizabeth J. Pawlak, appeals pursuant to 28 U.S.C. § 158(a)(1) to the United States District Court for the District of Maryland[1] from the Order Granting Defendant's Motion For Default Judgment, entered on July 16, 2015 (Doc. Entry No. 167 ; hereinafter "Final Order"), attached hereto as Exhibit A, and the Order Denying Plaintiff's Rule 59(E) Motion To Alter/Amend Judgment and to Reinstate Adversary Proceeding, entered on August 26, 2015 (Doc. Entry No. 175), attached hereto as Exhibit B .

This Notice of Appeal further encompasses all orders and rulings adverse to Appellant which gave rise to, were incorporated into, merged into, relied upon, or relate to the Final Order, including all oral decisions made during the hearing on March 31, 2014. These inextricably-intertwined orders are: Order Granting Defendant's Motion to Compel Discovery Responses and Denying Plaintiff's Motion For Protective Order , entered on April 01, 2014 (Doc. Entry No. 35 , the "April Fool Order"); Order Denying Plaintiff's Motion For Written Decision Regarding Plaintiff's Motion to Protective Order and Defendant's Cross- Motion to Compel Discovery Responses, entered on April

---

[1] Request for certification of a direct appeal, pursuant to 28 U.S.C. § 158(d)(2)(A)-(B) to the United States Court of Appeals for the Fourth Circuit will be filed with the District Court.

16, 2014 (Doc. Entry No. 37); Order Granting Defendant's Motion To Compel and/or For Sanctions, entered on May 12, 2014 (Doc. Entry No. 47);  Order Denying Corrected Plaintiff's Motion For Leave to File Amended Complaint,  entered on June 26, 2014 (Doc. Entry No. 73); Order Denying Corrected Plaintiff's Request for Certification For Direct Interlocutory Appeal to Fourth Circuit Court of Appeals, entered on June 26, 2014 (Doc. Entry No. 76); Order Denying Motion For Reconsideration of Denial of Request for Certification for Direct Interlocutory Appeal to Fourth Circuit Court of Appeals,  entered on July 18, 2014 (Doc. Entry No. 88); Order Denying Motion For Reconsideration of the Order Denying the Corrected Plaintiff's Motion for Leave to File Amended Complaint, entered on July 18, 2014 (Doc. Entry No. 89), and Order Granting Motion For Sanctions, entered on April 09, 2014 (Doc. Entry No. 149).

The names of all parties to the Order appealed from and the names addresses, and telephone numbers of their respective attorneys are as follows:

(i) United States Department of Education
represented by Jason D. Medinger
jason.medinger@usdoj.gov
Assistant United States Attorney
36 South Charles Street, Fourth Floor
Baltimore, Maryland 21201
Phone: (410) 209-4800
and
(ii) Elizabeth J. Pawlak
pawlakpatentlaw@comcast.net
PO Box 1049
Alexandria, VA 22313
Phone: 954-821-6878

        Respectfully submitted this 8th day of September, 2015,

        /s/ Elizabeth J. Pawlak
        Elizabeth J. Pawlak
        Email: pawlakpatentlaw@comcast.net
        PO Box 1049

Alexandria, VA 22313
Phone: 954-821-6878

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing filing with all attachments was duly filed electronically on the 8th day of September, 2015 with the Clerk of the Court using CM/ECF, which system automatically notified all counsel of record in this matter by electronic delivery utilized by the Court's CM/ECF system and was also emailed to:

Jason D. Medinger
jason.medinger@usdoj.gov
Assistant United States Attorney
36 South Charles Street, Fourth Floor
Baltimore, Maryland 21201

/s/ Elizabeth J. Pawlak
Elizabeth J. Pawlak